

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Royalty Asset Holdings II, LP, Noble Energy, Inc., Charlotte Poe, Trustee of the Gerhardt Family Trust, Harold Schneider, TD Minerals LLC and Sourcing Rock, LLC, | § | No. 08-22-00108-CV |
| | § | Appeal from the |
| | § | 143rd District Court |
| Appellants, | § | of Reeves County, Texas |
| v. | § | (TC# 21-03-23912-CVR) |
| Bayswater Fund III-A LLC, Bayswater Fund III-B LLC, Bayswater Resources LLC, Colburn Oil, LP, Ditto Land Company, LLC, Fall Land & Cattle, LLC, Pegasus Resources, LLC, and Robbins Family Minerals, LP, | § | |
| | § | |
| | § | |
| Appellees. | § | |

**O R D E R**

Pending before the Court are the petitions for permissive appeal filed by Royalty Asset Holdings II, LP, Noble Energy, Inc., Charlotte Poe, Trustee of the Gerhardt Family Trust, Harold Schneider, TD Minerals LLC and Sourcing Rock, LLC. *See* TEX.R.APP.P. 28.3. The petitions are GRANTED. Pursuant to Rule 28.3(k), the notices of appeal are deemed to have been filed by Royalty Asset Holdings II, LP, Noble Energy, Inc., Charlotte Poe, Trustee of the Gerhardt Family Trust, Harold Schneider, TD Minerals LLC and Sourcing Rock, LLC on the date of this

1

order and the appeal will be governed by the rules applicable to accelerated appeals. Royalty Asset Holdings II, LP, Noble Energy, Inc., Charlotte Poe, Trustee of the Gerhardt Family Trust, Harold Schneider, TD Minerals LLC and Sourcing Rock, LLC are directed to take all necessary steps to cause the appellate record to be filed. *See* TEX.R.APP.P. 34.5, 34.6. The clerk's record and the reporter's record, if any, are due to be filed no later than July 21, 2022. The Clerk of the Court shall file a copy of this order with the trial court clerk. *See* TEX.R.APP.P. 28.3(k).

IT IS SO ORDERED this 11th day of July, 2020.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.